UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                    Plaintiff,                    26-cv-1894 (JGK)
         - against -
                                                  ORDER

BORA BORA MACDOUGAL INC., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

   The time for the defendants to respond to the complaint is
extended to **May 22, 2026.** The plaintiff is directed to serve a
copy of this Order on the defendants by **May 11, 2026,** and to
file proof of service on the docket.

SO ORDERED.
Dated:   New York, New York
         May 6, 2026

                                    _____
                                          John G. Koeltl
                                    United States District Judge