UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                    Plaintiff,                                    26-cv-1894 (JGK)

          - against -                                            Order

BORA BORA MACDOUGAL, INC. ET
AL.,

                    Defendants.

---

**John G. Koeltl, District Judge:**

The Court previously extended the deadline for the defendants to respond to the complaint to May 22, 2026. ECF No. 10. That date has passed, and no response has been filed. The time for the defendants to answer or respond to the complaint is therefore extended to **June 11, 2026**. Failure to respond by that date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:     New York, New York
           May 28, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge