UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAMEL NORRIS,
Plaintiff(s)

26 civ 1894 (JGK)

-against-

BORA BORA MacDOUGAL INC., et al.,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, July 28, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026