UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

- against -

BORA BORA MACDOUGAL, INC. ET AL.,

Defendants.

26-cv-1894 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has twice previously extended the deadline for defendant 95 Macdougal Street, LLC, to answer the complaint. To date, no answer has been filed. The time for 95 Macdougal Street, LLC, to answer the complaint is extended to **August 6, 2026**. If 95 Macdougal Street, LLC, fails to respond by that time, the plaintiff may move for a default judgment in accordance with the Court's Individual Practices.

The plaintiff is directed to serve a copy of this Order on 95 Macdougal Street, LLC, and to file proof of service on the docket by **July 27, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
July 23, 2026

John G. Koeltl
United States District Judge