**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NAMEL NORRIS,**

**Plaintiff,**

**- against -**

**BORA BORA MACDOUGAL, INC.,**

**Defendant.**

**26-cv-1894 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

On July 24, 2026, the Court extended, for the third time, the deadline for defendant 95 Macdougal Street, LLC ("95 Macdougal") to respond to the complaint. See ECF No. 19. To date, 95 Macdougal has failed to answer or otherwise respond to the complaint.

The plaintiff may move for a default judgment against 95 Macdougal, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **August 21, 2026**. If the plaintiff fails to move for a default judgment by that date, the claims against 95 Macdougal may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on 95 Macdougal and file proof of service on the docket by **August 12, 2026.**

**SO ORDERED.**
**Dated: New York, New York**
**August 8, 2026**

**John G. Koeltl**
**United States District Judge**