UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

- against -

BORA BORA MACDOUGAL INC., ET AL.,

Defendants.

26-cv-1894 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court previously granted the plaintiff two extensions of time to move for a default judgment against the defendant 95 Macdougal Street, LLC. See ECF Nos. 25, 30. The plaintiff may move for a default judgment against 95 Macdougal Street, LLC, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **December 11, 2026**. If the plaintiff fails to move for a default judgment by that date, the claims against 95 Macdougal may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on 95 Macdougal Street, LLC and file proof of service on the docket by **November 24, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 20, 2026

John G. Koeltl
United States District Judge